Linda COSTELLO, Plaintiff—
Appellant,

v.

Beverly JOHNSON, Manager, Place One
Apartments, SP Place One LP, (Owners), Defendants—Appellees.

No. 11–2234.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2012.

Decided: April 2, 2012.

Linda Costello, Appellant Pro Se.

David Drake Hudgins, Hudgins Law Firm, Alexandria, Virginia, for Appellees.

Before WILKINSON, KING, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Linda Costello appeals the district court's order denying relief on her complaint asserting claims under the Fair

Housing Act and for battery. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Costello v. Johnson,* No. 3:11–cv–00198–JRS, 2011 WL 3820890 (E.D.Va. Aug. 29, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*